USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ZAIDA MERCEDES CORTES,

          Plaintiff,

          -v-

COMMISSIONER OF SOCIAL SECURITY,
          Defendant.

-----------------------------------------------------------X

19 CIVIL 5231 (ER)(OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 24, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       January 24, 2020

                                  **RUBY J. KRAJICK**
                                     Clerk of Court

BY:
                                       **Deputy Clerk**